```
ALAAZHIA CHAUDREEIA SUMRALL     ROADRUNNER ACCOUNT
125 BURGER RD                   ATTN: BANKRUPTCY
PETAL, MS 39465                 5525 N MACARTHUR BLVD
                                STE 660
                                IRVING, TX 75038


THOMAS C. ROLLINS, JR.          SANTANDER
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  PO BOX 961245
JACKSON, MS 39236               FORT WORTH, TX 76161


21ST MORTGAGE CORP              TD RETAIL CARD
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
620 MARKET STREET               1701 RT 70 EAST
KNOXVILLE, TN 37902             CHERRY HILL, NJ 08003


AFFIRM, INC.                    TORTORICH RENTAL & REN
ATTN: BANKRUPTCY                119 MAYFAIR RD
650 CALIFORNIA ST               HATTIESBURG, MS 39402
SAN FRANCISCO, CA 94108


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 3043
MIWAUKEE, WI 53201


CBS COLLECTIONS
ATTN: BANKRUPTCY
1244 JACKSON ST
ALEXANDRIA, LA 71301


CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195


NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119
```