# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50917  **Case Name:** Alaazhia Chaudreeia Sumrall

**Set:** 09/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Santander Bank, NA (Dkt. #15) - AGREED ORDER TO BE SUBMITTED BY MEYER; CALLED IN BY MEYER

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Meyer to submit an Agreed Order on the Objection filed by Santander Bank, NA [15]. Order due by 09/30/2025. Confirmation hearing removed. (mcc)