

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| In re: | Case No.: 25-50917-KMS |
| Alaazhia Chaudreeia Sumrall, | Chapter: 13 |
| Debtor. | |

**AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.**
**TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 15) set for hearing on September 16, 2025. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2017 Chevrolet Camaro bearing Vehicle Identification Number 1G1FF1R72H0179547 (the "'Collateral") [Claim 2-1] shall be paid pursuant to Debtor's Plan in the amount of $20,025.00, with 10% interest. The remainder of SCUSA's Claim shall be treated as general unsecured.  Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

62558721 v1

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A.,*
*as servicer for Santander Consumer USA Inc.*

*/s/*      /s/ Brian Wilson, Atty for
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com