United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50917-KMS |
| Alaazhia Chaudreeia Sumrall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaazhia Chaudreeia Sumrall, 125 Burger Rd, Petal, MS 39465-9621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 20, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Alaazhia Chaudreeia Sumrall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



SO ORDERED,



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| In re: | Case No.: 25-50917-KMS |
| Alaazhia Chaudreeia Sumrall, | Chapter: 13 |
| Debtor. | |

### AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 15) set for hearing on September 16, 2025. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2017 Chevrolet Camaro bearing Vehicle Identification Number 1G1FF1R72H0179547 (the "'Collateral") [Claim 2-1] shall be paid pursuant to Debtor's Plan in the amount of $20,025.00, with 10% interest. The remainder of SCUSA's Claim shall be treated as general unsecured. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

62558721 v1

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A.,*
*as servicer for Santander Consumer USA Inc.*

*/s/*     /s/ Brian Wilson, Atty for
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

62558721 v1