United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50917-KMS
Alaazhia Chaudreeia Sumrall Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Sep 24, 2025      Form ID: n031      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaazhia Chaudreeia Sumrall, 125 Burger Rd, Petal, MS 39465-9621 |
| 5525714 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 5525717 | + | Tortorich Rental & Ren, 119 Mayfair Rd, Hattiesburg, MS 39402-1464 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5525707 | | Email/Text: ebn@21stmortgage.com | Sep 24 2025 19:27:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5525708 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2025 19:36:53 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5556373 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 19:36:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525711 | + | Email/Text: cbsbankruptsy@aol.com | Sep 24 2025 19:27:00 | CBS Collections, Attn: Bankruptcy, 1244 Jackson St, Alexandria, LA 71301-6927 |
| 5525710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 19:36:52 | Capital One, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 5525709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 19:36:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5536525 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2025 19:36:55 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5525712 | + | Email/Text: bankruptcy@credencerm.com | Sep 24 2025 19:27:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5531912 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Sep 24 2025 19:27:00 | Hattiesburg Clinic, PA, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5525713 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 24 2025 19:27:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5554856 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 24 2025 19:27:00 | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5556574 | + | Email/Text: bk@roadrunnerfinancial.com | Sep 24 2025 19:27:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol Stream, Illinois 60197-6506 |
| 5525715 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2025 19:27:00 | Santander, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5531691 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2025 19:27:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5525716 | + | Email/Text: bankruptcy@td.com | Sep 24 2025 19:27:00 | TD Retail Card, Attn: Bankruptcy, 1701 Rt 70 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 24, 2025 | Form ID: n031 | Total Noticed: 18 |

East, Cherry Hill, NJ 08003-2390

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Alaazhia Chaudreeia Sumrall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50917−KMS
**Chapter:** 13

**In re:**

Alaazhia Chaudreeia Sumrall
aka Alaazhia Chaundreeia Sumrall
125 Burger Rd
Petal, MS 39465

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 24, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: September 24, 2025          Danny L. Miller, Clerk of Court