## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Case No. 25-50917-KMS |
| ALAAZHIA CHAUDREEIA SUMRALL, | Chapter 13 |
| Debtor. | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY, ABANDONMENT, AND OTHER RELIEF

21st Mortgage Corporation ("21st Mortgage"), by and through counsel, hereby respectfully requests entry of an order terminating the automatic stay, abandoning certain property of the estate, and granting other relief, and in support thereof, respectfully represents:

1. On June 24, 2025, the above-captioned debtor (the "Debtor") filed a voluntary bankruptcy petition under chapter 13 of the Bankruptcy Code, 11 U.S.C. §§ 362 et seq. The Chapter 13 Trustee is David Rawlings.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a) and 11 U.S.C. §§ 361, 362 and 554. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

3. On March 3, 2025, before the petition date, the Debtor executed a Consumer Loan Note, Security Agreement and Disclosure Statement (the "Note") pursuant to which 21st Mortgage loaned the Debtor the original principal amount of $131,429.85 to finance the Debtor's purchase of a new 2024 Southern Energy The Edge 76 x 28 manufactured home (Serial No. RUS085630ALBAC) (the "Manufactured Home"). A copy of the Note is attached hereto as Exhibit A.

4. As security for the Note, the Debtor gave 21st Mortgage a valid, properly perfected first-priority security interest in and lien on the Manufactured Home as evidenced by the Certificate of Title attached hereto as Exhibit B.

5. The loan is in default, and 21st Mortgage is not receiving payments as and when due.

6. Pursuant to the Debtor's confirmed Chapter 13 Plan (Dkt. 12) (the "Plan"), beginning July 2025, the Debtor is obligated to make monthly postpetition installment payments directly to 21st Mortgage in the amount of $1,694.40.

7. The Debtor is in default of her postpetition plan payment obligations to 21st Mortgage for the months of August 2025 and September 2025 in the total amount of $3,388.80 plus attorney's fees, costs, and expenses.

8. Pursuant to § 362(d)(1) of the Bankruptcy Code, cause exists to grant 21st Mortgage relief from the automatic stay to permit 21st Mortgage to enforce its security interest and repossess and sell the Manufactured Home in accordance with the loan and security documents and applicable Mississippi law, because the Debtor has failed to make certain monthly installment payments pursuant to the Plan. Additionally, the Debtor has no equity in the Manufactured Home, and the Manufactured Home is not necessary for an effective reorganization. Furthermore, the Manufactured Home is declining in value.

9. For the same reasons, the Manufactured Home should be abandoned from the estate pursuant to § 554(b) of the Bankruptcy Code.

10. 21st Mortgage requests that the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry on the grounds that there is a continuing accrual of an increasing debt arrearage and ongoing violations of the Debtor's obligations to 21st Mortgage.

11. 21st Mortgage has incurred significant fees, costs, and expenses because of the Debtor's actions and inactions and requests reimbursement of the same in the Plan in the amount of $649.00.

12. 21st Mortgage reserves the right to assert other and further arguments in support of this Motion at the hearing hereon.

WHEREFORE, 21st Mortgage Corporation respectfully requests that the Court enter an order substantially in the form attached hereto as Exhibit C, terminating the automatic stay with respect to the Manufactured Home and allowing 21st Mortgage to enforce its security interest and

repossess and liquidate the Manufactured Home, and abandoning the Manufactured Home from the bankruptcy estate, and waiving the 14-day stay under Bankruptcy Rule 4001(a)(3), and granting such other and further relief that this Court deems proper and just.

Dated: October 1, 2025

>Respectfully submitted,
>
>21st MORTGAGE CORPORATION
>
>/s/ Andrew R. Wilson
>Andrew R. Wilson (Miss. Bar #102862)
>BENNETT LOTTERHOS SULSER & WILSON, P.A.
>P.O. Box 1488
>Madison, MS 39130
>Telephone: (601) 944-0466
>Facsimile: (601) 944-0467
>awilson@blswlaw.com
>
>*Attorney for 21st Mortgage Corporation*

## CERTIFICATE OF SERVICE

I, Andrew Wilson, attorney for 21st Mortgage Corporation in this matter, hereby certify that the following persons were served a true and correct copy of the foregoing via ECF system:

> Thomas C. Rollins, Jr., Attorney for the Debtor
> David Rawlings, Chapter 13 Trustee
> Office of the United States Trustee

I further certify that a true and correct copy of the foregoing was sent to the Debtor by U.S. mail, postage prepaid, as follows:

> Alaazhia Chaudreeia Sumrall
> 125 Burger Rd
> Petal, MS 39465

Dated: October 1, 2025

*/s/ Andrew R. Wilson*