**Exhibit C**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No. 25-50917-KMS |
| ALAAZHIA CHAUDREEIA SUMRALL, | Chapter 13 |
| Debtor. | |

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY, ABANDONMENT, AND OTHER RELIEF**

This matter came before the Court on the Motion for Relief from Automatic Stay, Abandonment, and Other Relief (Dkt. ___) (the "Motion")[1] filed by 21st Mortgage Corporation ("21st Mortgage"). Upon due consideration, the Court has found that it has jurisdiction over this matter under 28 U.S.C. §§ 1334, that this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(G), that proper and adequate notice of the Motion and an opportunity for a hearing was provided under the circumstances, that no responses to the Motion were timely filed, and that cause exists to enter this Order.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. Grant of Motion. The Motion is GRANTED as provided herein.

2. Termination of Stay; Abandonment. As to 21st Mortgage, its successors, transferees, and assigns, the automatic stay under § 362(a) of the Bankruptcy Code is terminated as to the above-captioned debtor (the "Debtor") and the Debtor's bankruptcy estate with respect to

---

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

that certain new 2024 Southern Energy The Edge 76 x 28 manufactured home (Serial No. RUS085630ALBAC) (the "Manufactured Home"), and the Manufactured Home is abandoned from the bankruptcy estate under § 554 of the Bankruptcy Code, and 21st Mortgage may enforce its remedies to foreclose, repossess, or otherwise obtain possession and dispose of the Manufactured Home in accordance with applicable nonbankruptcy law.

3.      Jurisdiction. The Court shall retain jurisdiction over all disputes or other matters arising out of or related to the interpretation or enforcement of this Order.

4.      Final Judgment. Entry hereof constitutes entry of final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

##END OF ORDER##

ORDER PREPARED AND SUBMITTED BY:

/s/ Andrew R. Wilson
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
P.O. Box 1488
Madison, MS 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for 21st Mortgage Corporation*