**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No. 25-50917-KMS |
| ALAAZHIA CHAUDREEIA SUMRALL, | Chapter 13 |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1 and Miss. Bankr. L.R. 7007.1-1, 21st Mortgage Corporation hereby discloses that it is  a wholly owned subsidiary of CMH Services, Inc., which is a wholly owned subsidiary of Clayton Homes, Inc., which is a wholly owned subsidiary of Berkshire Hathaway, Inc. (BRK.B) (NYSE).

Dated: October 1, 2025

Respectfully submitted,


/s/ Andrew R. Wilson
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
P.O. Box 1488
Madison, MS 39130
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for 21st Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed through the Court's CM/ECF system and was served by ECF on all parties who are registered to receive electronic service in this case.

Dated: October 1, 2025

*/s/ Andrew R. Wilson*