# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

In re:                                    Case No.: 25-50917-KMS

Alaazhia Chaudreeia Sumrall,              Chapter: 13

      Debtor.

## SANTANDER BANK N.A.'S RESPONSE TO TRUSTEE'S
## OBJECTION TO SECURED CLAIM

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to the Trustee's Objection to Secured Claim (the "Objection") [D.E. 23] and states as follows:

1.      On June 24, 2025, Alaazhia Chaudreeia Sumrall (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.      This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3.      On July 13 2022, the Debtor executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the 2017 Chevrolet Camaro bearing Vehicle Identification Number 1G1FF1R72H0179547 (the "'Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4.      In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5.      On June 24, 2025, the Debtor filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6.　　　　Movant has a non-910 claim in the amount of $25,633.83, filed in this matter as Claim 2-1 ("MOVANT'S CLAIM").

7.　　　　The Trustee filed his Objection on September 25, 2025, seeking to disallow MOVANT'S CLAIM on the basis that said Claim lacks a Title/supporting document.  However, a valid e-title is attached to Movant's Proof of Claim.

8.　　　　In further consultation with the Trustee regarding this matter, the Trustee has advised it is his position that while e-titles are acceptable if they "come from the State," the Collateral Management Services e-title provided in this matter is insufficient.

9.　　　　While Movant disagrees with the Trustee's position, a paper title from the State of Mississippi has been requested in order to cure the Objection.

10.　　　　Accordingly, Movant request that the Objection be denied.

WHEREFORE, Santander Bank, N.A., as servicer for Santander Consumer USA Inc. requests this Court to deny the Trustee's Objection to Secured Claim, and for such further relief as this Court deems appropriate.

Dated this 27th day of October, 2025.

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Bank, N.A., as*
*servicer for Santander Consumer USA Inc.*

OF COUNSEL:
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

63203535 v1

## <u>CERTIFICATE OF SERVICE</u>

HEREBY CERTIFY that a copy of the foregoing has been served on this 27th day of October, 2025, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtor:**
Alaazhia Chaudreeia Sumrall
125 Burger Rd
Petal, MS 39465

**Counsel for the Debtor:**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL

63203535 v1