

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827

## Santander Consumer USA Inc.

### Lien and Title Information

**Lienholder**

| | |
|---|---|
| ELT Lien ID | |
| Lienholder | Santander Consumer USA |
| Lienholder Address | PO Box 961288 |
| | Ft Worth, TX 76161 |
| Lien Release Date | |

**Vehicle and Titling Information**

| | | | |
|---|---|---|---|
| VIN | 1G1FF1R72H0179547 | Issuance Date | 8/10/2022 |
| Title Number | | Received Date | 8/11/2022 |
| Title State | LA | ELT/Paper | ELECTRONIC |
| Year | 2017 | Odometer Reading | |
| Make | CHEV | Branding | |
| Model | | | |
| Owner 1 | ALAAZHIA CHAUDREEIA SUMRALL | | |
| Owner 2 | | | |
| Owner Address | 4051 BAYOU RAPIDES RD 713 | | |
| | ALEXANDRIA, LA 71303 0000 | | |

Exhibit B