

SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**ALAAZHIA CHAUDREEIA SUMRALL**                    CASE NO. 25-50917 KMS

**DEBTOR .**                                                                        **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Proof of Claim by Santander Consumer Usa Inc. filed by the Trustee (the "Objection") (Dkt. #23) and the Court having considered the facts herein, finds that the hearing on November 20, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for December 11, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841