# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50917  **Case Name:** Alaazhia Chaudreeia Sumrall

**Set:** 12/11/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Objection to Proof of Claim filed by Santander Consumer USA Inc. (Claim No. 2). Date of Service: 9/25/2025. Filed by Trustee David Rawlings. Response due by 10/27/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #23)

Response filed by the Debtor (Dkt. #35)

Response filed by Santander Bank, NA (Dkt. #36)

---

Minute Entry Re: (related document(s): [23] Objection to Claim with 30 day notice filed by David Rawlings) Duncan to submit an Agreed Order. Order due by 12/25/2025. Email received from Duncan. (mcc)