_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 31, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    ALAAZHIA CHAUDREEIA SUMRALL,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50917-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO CLAIM**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Claim [#2] of Santander (Docket No. 23) and the Creditor's Response thereto (Docket No. 36), and the Court finds the Trustee's Objection should be withdrawn.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Claim is withdrawn as moot.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net